Affiliated Distillers Brands Corp., Plaintiff-Counter-defendant-Appellee, v. Gold Seal Liquors, Inc., Defendant-Counterclaimant-Appellant.

Gen. No. 47,024.

First District, First Division.

March 12, 1957.

Rehearing denied March 27, 1957.

Released for publication May 2, 1957.

McConnell, Van Hook & Paschen, for appellant, Thomas C. McConnell, W. Donald McSweeney, Francis J. McConnell, and Edward B. Wagner, of counsel. Arvey, Hodes & Mantynband, for plaintiff-appellee, affiliated Distillers Brands Corp., Louis M. Mantynband, Irwin I. Zatz, and Henry J. Shames, of counsel. Opinion by JUDGE BURKE. Not to be published in full.